UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JERRY CONEAL,

        Petitioner,

   v.

LAURIE SMITH,

        Respondent.

Case No. 21-cv-03421-WHO (PR)

**ORDER STAYING ACTION**

In response to this court's order, petitioner Jerry Coneal has informed the court that he wishes to stay his federal habeas action so that he can exhaust claim(s) in state court. (Dkt. No. 15.) This federal habeas action is STAYED under *Rhines v. Webber*, 544 U.S. 269 (2005). Nothing further will take place in this suit until this court decides that further action is appropriate, or until Coneal meets the conditions for dissolving the stay.

Within 90 days after obtaining a decision from the state supreme court on his unexhausted claim(s), Coneal must file in this court a motion to dissolve the stay and to reopen federal habeas proceedings. Any motion to reopen the suit or dissolve the stay must have the words MOTION TO REOPEN on the first page.

**<u>Any motion to reopen must contain an amended petition on this court's form.</u>** The amended petition must include the caption and civil case number used in this order (21-03421 WHO (PR)) and the words FIRST AMENDED PETITION on the first page.

Because an amended petition completely replaces the previous petitions, Coneal must include in his first amended petition all the exhausted claims he wishes to present. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992). He may not incorporate material from a prior petition by reference, nor may he include any unexhausted claims.

The Clerk shall ADMINISTRATIVELY CLOSE the file pending the stay of this action.

**IT IS SO ORDERED.**

**Dated:** May 4, 2022



WILLIAM H. ORRICK
United States District Judge